# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| LARRY W. CALHOUN, ) | |
| Plaintiff, ) | |
| v. ) | No. 1:05-CV-155 CAS |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the motion to reopen case filed by the defendant, which states that administrative proceedings on remand have been completed pursuant to section 205(g) of the Social Security Act. The defendant has filed its Answer and a Notice of Filing of Certified Administrative Transcript.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to reopen the case is **GRANTED**. [Doc. 13]

**IT IS FURTHER ORDERED** that this case is referred to United States Magistrate Judge Frederick R. Buckles, pursuant to 28 U.S.C. § 636(b), for a report and recommendation on dispositive matters and for rulings on non-dispositive matters. All documents hereinafter filed in this case shall include the initials of the Magistrate Judge in the case number.

**IT IS FURTHER ORDERED** that pursuant to E.D. Mo. Local Rule 9.02, plaintiff shall, unless otherwise ordered by the Court, serve and file a brief within thirty (30) days after the Commissioner's service of an answer and the administrative transcript. The Commissioner shall serve and file a brief within thirty (30) days after the service of the plaintiff's brief. Plaintiff shall have ten (10) days after service of the Commissioner's brief to file a reply brief. No further briefs shall be filed except by leave of Court upon a showing of good cause. A brief filed pursuant to E.D. Mo. L.R.

9.02 shall not exceed fifteen (15) standard typed pages, exclusive of a signature page and attachments, without leave of Court. A reply brief shall not exceed ten (10) pages.

*/s/ Charles A. Shaw*
_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 25th day of May, 2007.